UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

JULIAN MURPHY,

    Plaintiff,

v.

COUNTY OF MENDOCINO, et al.,

    Defendants.

Case No. 15-cv-04624-NJV

**ORDER**

For good cause it is ORDERED that the hearing on the Motion to Dismiss, currently set for February 2, 2016, is VACATED. The court will reset the hearing, if necessary, once the matter is fully briefed, and the Motion to Dismiss filed by City of Fort Bragg, Officer Brandon Lee, and Officer McLaughlin (Doc. 22) is fully briefed.

**IT IS SO ORDERED**.

Dated: January 5, 2016

NANDOR J. VADAS
United States Magistrate Judge