UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JULIAN MURPHY,<br>        Plaintiff,<br>    v.<br>COUNTY OF MENDOCINO, et al.,<br>        Defendants. | Case No.  15-cv-04624-NJV<br><br>**ORDER VACATING HEARING DATE** |

Pursuant to Civil Local Rule 7-1(b), the court finds that the Motion to Dismiss (Doc. 39), which has been noticed for hearing on June 28, 2016, is appropriate for decision without oral argument.

Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: June 21, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge